UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
     Plaintiff

v.                                Case No.

CINDY BEDELL,
     Defendant
_____/

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

**COMES NOW** Plaintiff, the UNITED STATES OF AMERICA, and sues Defendant, CINDY BEDELL, and alleges:

### Jurisdiction

1. This is an action for damages against Defendant, CINDY BEDELL for Medicare overpayments pursuant to 20 C.F.R. 404.515.

2. The Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Parties

3. Plaintiff, THE UNITED STATES OF AMERICA (the "U.S.A."), brings this action acting through the United States Department of the Treasury, Bureau of the Fiscal Service (the "U.S. Treasury").

4.     Defendant, CINDY BEDELL ("DEFENDANT"), resides at 22 Cypress Run, Haines City, Florida 33844.

### Venue

5.     Venue is proper in this judicial district and this Court pursuant to 28 U.S.C. §1391(b)(2) because DEFENDANT is located in this judicial district and a substantial part of the events or omissions giving rise to this action occurred in this judicial district.

### Statement Of Claim

6.     From December 05, 2018 through October 26, 2019 the U.S. Department of Health and Human Services ("HHS") overpaid DEFENDANT for benefits paid through Medicare resulting from an incident occurring on or about February 22, 2018.

7.     On or about May 20, 2020 the U.S. Department of Health and Human Services ("HHS"), Centers for Medicare and Medicaid Services ("CMS") sent a letter to DEFENDANT advising that DEFENDANT owed CMS the sum of $17,278.79 as a responsible party for Medicare overpayments made for the services provided to the DEFENDANT. A copy of the May 20, 2020, letter is attached hereto and incorporated herein as **Exhibit "A"**. CMS had paid for the services rendered to the DEFENDANT.

8.    On or about June 19, 2020, HHS and CMS determined that DEFENDANT remained delinquent in its obligations, and DEFENDANT owed CMS the sum of $15,999.81 with interest accruing thereon at the annual interest rate of 10.6%.

9.    On or about July 14, 2020, HHS referred the Claim to the U.S. Treasury in accordance with the Debt Collections Improvement Act of 1996, (31 U.S.C. § 3701 *et seq*. May 25, 2022 the U.S. Treasury referred the Claim to the U.S. Department of Justice in the principal amount of $15,999.81 with interest accruing at the annual interest rate of 10.25% (daily interest of $4.49).

10.    As of June 8, 2026 DEFENDANT owed the U.S.A. the amount of $24,514.23, calculated as follows:

|   |   |
|---|---|
| A. Principal: | $15,999.81 |
| B. Interest (at 10.63%) | $8,514.42 |
| **Total:** | **$24,514.23** |

A copy of the Certificate of Indebtedness is attached hereto and incorporated herein as **Exhibit "B"**.

11.    DEFENDANT has failed to pay the amount owed despite repeated demands made by the U.S.A. pursuant to 42 U.S.C. §1395y (b) and 42 C.F.R. §§411.20 – 411.37, and 411.100 – 411.206.

12.    As a direct and proximate result of DEFENDANT's failure to pay and breach of its statutory and regulatory obligations, the U.S.A. has been damaged.

13.    Pursuant to 28 U.S.C. § 2412(a), the U.S.A. is entitled to recover from DEFENDANT all costs and expenses incurred in this action, including a reasonable attorneys' fee.

14.    All conditions precedent to this action have occurred, have been performed, or have been waived.

WHEREFORE, Plaintiff, the UNITED STATES OF AMERICA, demands judgment against Defendant, CINDY BEDELL, in the amount of $24,514.23, plus interest from June 8, 2026, through the date of the judgment, post-judgment interest pursuant to 28 U.S.C. §1961, all allowable administrative costs and expenses and all other allowable costs and expenses pursuant to 28 U.S.C. § 2412 (a)(2), and for all such other and further relief which this Court deems just and proper.

Respectfully submitted,

Date: June 9, 2026

By: /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq. (FBN: 57116)
Attorney for the Plaintiff
United States of America
Subcontractor to Schuerger Law Group
1005 N. Marion Street
Tampa, Florida 33602
Phone: (614) 674-6824
mschulis@schuergerlaw.com
efilings@schuergerlaw.com